# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

_____

Yoko Harper, *et al.*,

                    Plaintiff,

v.

Ford Motor Company,

                    Defendant.

_____

Civil Action No: 1:19-cv-04196-JPB

## STIPULATED DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

## CERTIFICATE OF FONT TYPE AND SIZE

Undersigned counsel hereby certifies that the foregoing has been prepared with Times New Roman 14-point Font, as approved in LR5.1C.

[SIGNATURES CONTAINED ON FOLLOWING PAGE.]

Respectfully submitted this 10th day of September, 2020.

| **LEMBERG LAW, LLC** | **WATSON SPENCE LLP** |
|---|---|
| */s/ Sergei Lemberg, Esq.* | */s/ Michael R. Boorman, Esq.* |
| Sergei Lemberg, Esq. | Michael R. Boorman, Esq. |
| Attorney Bar No.: 598666 | Georgia Bar No. 067798 |
| slemberg@lemberglaw.com | mboorman@watsonspence.com |
| *Attorney for Plaintiffs* | Timothy M. Andrews, Esq. |
| | Georgia Bar No. 455899 |
| | tandrews@ watsonspence.com |
| | *Attorneys for Defendant* |
| 43 Danbury Road | |
| Third Floor | 999 Peachtree Street, N.E. |
| Wilton, CT 06897 | Suite 1130 |
| Telephone: (203) 653-2250 ext. 5500 | Atlanta, Georgia 30309 |
| | (229) 436-1545 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2020, I electronically filed the foregoing STIPULATED DISMISSAL WITH PREJUDICE using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

*Attorney for Defendant Ford Motor Company*

s/Sergei Lemberg
Georgia Bar No. 598666
Attorney for Plaintiff

LEMBERG LAW, LLC
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424